UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESSICA GRAULAU,

    Plaintiff,

v.                                Case No. 6:18-cv-00106-ACC-DCI

CREDIT ONE BANK, N.A.,

    Defendant.
_____/

## JOINT STIPULATION DISMISSING AND REFERRING CASE TO ARBITRATION

Plaintiff, Jessica Graulau (plaintiff), and defendant, Credit One Bank, N.A. (Credit One), through counsel and under the Federal Rules of Civil Procedure, stipulate plaintiff's claims against Credit One are subject to arbitration and this entire case should be dismissed without prejudice and referred to arbitration, and state:

1. On or about January 22, 2018, plaintiff filed this action to this Court. (Dkt. 1.)

2. Plaintiff, through counsel, however, agrees this case is subject to arbitration pursuant to the cardholder agreement.

3. The parties, therefore, stipulate to allow the Court to dismiss this case in its entirety and refer the entire matter to binding arbitration.

WHEREFORE, the parties respectfully request the Court dismiss the proceedings and refer this entire case to arbitration, and for such other relief as this Court deems proper.

Dated: April 9, 2018

Respectfully submitted,

| | |
|---|---|
| N. James Turner, Esq.<br>Florida Bar No. 0203041<br>100 S. Bumby Avenue<br>Orlando, FL 32803<br>Telephone: (888) 877-5103<br>njtlaw@gmail.com<br><br>*Counsel for Plaintiff* | Jocelyn C. Smith, Esq.<br>Florida Bar No. 0036554<br>Dayle M. Van Hoose, Esq.<br>Florida Bar No. 0016277<br>Sessions, Fishman, Nathan & Israel, L.L.C.<br>3350 Buschwood Park Drive, Suite 195<br>Tampa, Florida 33618<br>Telephone: (813) 440-5328<br>Facsimile: (866) 466-3140<br>jsmith@sessions.legal<br>dvanhoose@sessions.legal<br><br>*Attorneys for Defendant,*<br>*Credit One Bank, N.A.* |

## CERTIFICATE OF SERVICE

I certify that on this 9th day of April 2018, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

> N. James Turner, Esq.
> 100 S. Bumby Avenue
> Orlando, FL 32803

/s/ Jocelyn C. Smith
Attorney