# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JESSICA GRAULAU,

        Plaintiff,

v.                                                    Case No:   6:18-cv-106-Orl-22DCI

CREDIT ONE BANK, N.A.,

        Defendant.
_____

## ORDER

This cause comes before the Court on the Joint Stipulation Dismissing and Referring Case to Arbitration (Doc. No. 11).

Based on the foregoing, it is ordered as follows:

1. This case is REFERRED to arbitration.

2. This case is hereby DISMISSED.

3. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 10, 2018.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record